NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel No.: (818) 347-3333

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA and ANTHONY GARCIA<br><br>Plaintiff(s),<br>v.<br>MARK FRANKE, LARRS C. JOHNSON, WILLIAM HUTTON, DEAN WORTHY GERARDO CRUZ, ROBERT DELACRUZ, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-6698<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs Patricia Garcia and Anthony Garcia
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PATRICIA GARCIA | Plaintiff |
| ANTHONY GARCIA | Plaintiff |
| MARK FRANKE | Defendant |
| LARRS C. JOHNSON | Defendant |
| WILLIAM HUTTON | Defendant |
| DEAN WORTHY GERARDO CRUZ | Defendant |
| ROBERT DELACRUZ | Defendant |
| ALBERT RAMIREZ | Defendant |
| JASON CANTRALL | Defendant |
| JESSICA TEETSEL MICHELLE VENEGAS | Defendant |
| GRANT TOROSSIAN | Defendant |
| MARCO BORJA | Defendant |
| CHARLES GRAY | Defendant |
| KEVIN CASTANEDA | Defendant |
| COUNTY OF VENTURA | Defendant |

July 22, 2025
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Patricia Garcia and Anthony Garcia