**SUA LAW GROUP APC**
Brandon Sua, Esq. (State Bar No. 291476)
1445 East Los Angeles Avenue, Suite 303
Simi Valley, CA 93065
Phone: (805) 842-2000
Fax: (805) 842-2001
Email: sua@lawyer.com

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA and ANTHONY GARCIA, individually and as successors-in-interest to Tony Garcia, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MARK FRANKE, LARRS C. JOHNSON, WILLIAM HUTTON, DEAN WORTHY GERARDO CRUZ, ROBERT DELACRUZ, ALBERT RAMIREZ, JASON CANTRALL, JESSICA TEETSEL, MICHELLE VENEGAS, GRANT TOROSSIAN, MARCO BORJA, CHARLES GRAY and KEVIN CASTANEDA, COUNTY OF VENTURA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06698-SRM-MAR<br><br>Hon. Serena R. Murillo<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs PATRICIA GARCIA and ANTHONY GARCIA (hereafter referred to collectively as "Plaintiffs"), by and through their counsel of record, hereby inform the court of the parties' settlement of this entire matter.

As of the date of this filing, the parties have fully executed a settlement agreement, and Plaintiffs are awaiting Defendants' issuance of settlement funds, which are to be remitted within thirty (30) days. Out of an abundance of caution, Plaintiffs respectfully request that the Court retain jurisdiction over this action, or otherwise issue an administrative stay of the action, for forty-five (45) days, by which time Plaintiffs expect to file a voluntary dismissal of this action in its entirety.

Because the defendants in this action have not yet appeared, Plaintiffs are filing this notice unilaterally; however, prior to filing, the undersigned counsel contacted Defendants' counsel, who consented to the filing.

Respectfully submitted,

DATED: October 17, 2025

**LAW OFFICES OF DALE K. GALIPO**
**SUA LAW GROUP, APC**

By:  /s/ Benjamin S. Levine
Dale K. Galipo
Brandon Sua
Benjamin S. Levine
*Attorneys for Plaintiffs*