**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA and ANTHONY GARCIA, individually and as successors-in-interest to Tony Garcia, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> MARK FRANKE, LARRS C. JOHNSON, WILLIAM HUTTON, DEAN WORTHY GERARDO CRUZ, ROBERT DELACRUZ, ALBERT RAMIREZ, JASON CANTRALL, JESSICA TEETSEL, MICHELLE VENEGAS, GRANT TOROSSIAN, MARCO BORJA, CHARLES GRAY and KEVIN CASTANEDA, COUNTY OF VENTURA, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:25-cv-06698-SRM-MAR <br><br> *Hon. Serena R. Murillo* <br><br> **PLAINTIFFS' REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(i)] <br><br> *[Proposed] Order submitted concurrently herewith.* |

1       WHEREAS, on October 17, 2025, Plaintiffs filed a Notice of Settlement to inform the Court that this entire matter had settled and request that the Court retain jurisdiction over the action pending completion of the settlement, after which Plaintiffs would file a dismissal of the action in its entirety. [Dkt. 10.]

      WHEREAS, on October 21, 2025, the Court issued an order dismissing this action dismissed without prejudice, vacating all dates, and retaining jurisdiction for 60 days to vacate the order and reopen the action upon a showing that the settlement had not been completed. [Dkt. 11.]

      WHEREAS, one of the terms of the parties' settlement of this action is the dismissal of the action with prejudice, though this term was not specified in the Notice of Settlement filed by Plaintiffs.

      WHEREAS, Plaintiffs now request an order clarifying that the Court's prior dismissal is with prejudice, rather than without prejudice, or, alternatively, amending the court's prior order so that the dismissal is now with prejudice.

      THEREFORE, IT IS HEREBY REQUESTED by Plaintiffs PATRICIA GARCIA and ANTHONY GARCIA ("Plaintiffs") through their attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: December 12, 2025    LAW OFFICES OF DALE K. GALIPO

By   */s/ Benjamin S. Levine*
    DALE K. GALIPO
    BENJAMIN S. LEVINE
    Attorneys for Plaintiffs