# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GARCIA and ANTHONY GARCIA, individually and as successors-in-interest to Tony Garcia, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MARK FRANKE, LARRS C. JOHNSON, WILLIAM HUTTON, DEAN WORTHY GERARDO CRUZ, ROBERT DELACRUZ, ALBERT RAMIREZ, JASON CANTRALL, JESSICA TEETSEL, MICHELLE VENEGAS, GRANT TOROSSIAN, MARCO BORJA, CHARLES GRAY and KEVIN CASTANEDA, COUNTY OF VENTURA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06698-SRM-MAR<br><br>**[PROPOSED] ORDER AMENDING ORDER DISMISSING ACTION** |

1

Pursuant to Plaintiffs' request through their attorneys of record, IT IS HEREBY ORDERED that the Court's prior order dismissing this action without prejudice [Dkt. 11] is AMENDED to reflect that the dismissal is now with prejudice.

Accordingly, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: _____    _____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE